IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE HENRY, #113280, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:09-cv-215-TMH |
| | ) |
| ALABAMA BD. PARDONS AND PAROLES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #5) of the Magistrate Judge is ADOPTED. The complaint pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice due to Plaintiff's failure to prosecute this action and comply with the orders of the Court. An appropriate judgment will be entered.

Done this 17th day of June, 2009.

/s/ **Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE